UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY TERELL CLARK,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES FEDERAL BUREAU OF PRISONS, *et al.*,<br><br>Defendants. | No. 1:21-cv-00902-DAD-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION WITHOUT PREJUDICE<br><br>(Doc. No. 6) |

Plaintiff Tony Terell Clark is a federal prisoner proceeding *pro se* in this civil rights action pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971). This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 8, 2021, the assigned magistrate judge issued an order requiring plaintiff to submit an application to proceed *in forma pauperis* or pay the filing fee within forty-five days to proceed with this action. (Doc. No. 3.) Plaintiff did not file an application to proceed *in forma pauperis*, pay the filing fee, or otherwise communicate with the court.

Accordingly, on August 9, 2021, the magistrate judge issued findings and recommendations, recommending dismissal of this action without prejudice for failure to obey a court order, failure to pay the filing fee, and failure to prosecute. (Doc. No. 6.) Those findings and recommendations were served on plaintiff and contained notice that any objections thereto

1  were to be filed within fourteen days after service.  (*Id.* at 3–4.)  No objections have been filed,
2  and the deadline to do so has now passed.
3    In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this court has conducted a
4  *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the
5  magistrate judge's findings and recommendations are supported by the record and by proper
6  analysis.
7    Accordingly,
8    1. The findings and recommendations issued on August 9, 2021 (Doc. No. 6) are
9     adopted in full;
10   2. This action is dismissed without prejudice due to plaintiff's failure to obey a court
11    order, failure to pay the filing fee, and failure to prosecute; and
12   3. The Clerk of the Court is directed to close this case.
13 IT IS SO ORDERED.
14  Dated:  **September 24, 2021**   /s/ Dale A. Drozd
15         UNITED STATES DISTRICT JUDGE

2